UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 05-7263 DSF (JTLx) | Date | 4/9/09 |
|---|---|---|---|
| Title | MH Systems, Inc. v. Peter McNulty, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order To Show Cause re Entry of Default and Finding of Contempt and Status Conference Setting

The record in this case, including the Court's Orders filed August 6, September 8, September 9, December 15, and December 31, 2008, and February 20, 2009, and the papers filed by the parties, set forth the background for the Court's December 31, 2008 Order Conditionally GRANTING MH Systems, Inc. And Mo Husain's Joint Motion To Set Aside The Clerk's Entries Of Default To The Counterclaim Under Federal Rule Of Civil Procedure 55(c).

Entry of default was to be set aside on the payment of $500 to the Clerk of the Court and of defense counsel's reasonable fees. On February 20, the Court set the amount of fees at $49,079.75 and ordered that the fees and the $500 sanction payable to the Court be paid no later than March 30, 2009. To date, neither the fees nor the sanctions have been paid.

Counterdefendants' counsel is therefore ordered to show cause in writing no later than April 20, 2009 why the default should not be reinstated and why she should not be found in contempt for failure to obey a Court order. A hearing on this Order to Show Cause will be held on April 27, 2009 at 11:00 a.m. Payment of the fees and sanctions before April 20 is a satisfactory response to this Order to Show Cause. Failure to respond in writing or to appear at the hearing will result in reinstatement of the default and a finding of contempt.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

     In addition, the Court will hold a status conference on the same date and time. Lead counsel are ordered to attend.

     The parties are reminded that courtesy copies are to be delivered to Chambers.

     IT IS SO ORDERED.