Daniel M. Cislo, Esq., No. 125,378
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Email: dancislo@cislo.com

Attorneys for Defendants,
PETER MCNULTY and
NEI TREATMENT SYSTEMS, LLC

**NOTE CHANGES MADE
BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MH SYSTEMS, INC., a Maryland corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PETER MCNULTY, an individual, NEI TREATMENT SYSTEMS, LLC, a California limited liability company, DR. MARIO TAMBURRI, an individual, UNIVERSITY OF MARYLAND, a public Maryland corporation, and DR. GREGORY RUIZ, an individual.<br><br>　　　　　Defendants. | CASE NO. CV 05-7263 DSF (PLAx)<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>HON. PAUL L. ABRAMS |
| PETER MCNULTY, an individual, NEI TREATMENT SYSTEMS, LLC, a California limited liability company,<br><br>　　　　　Counter Claimants,<br><br>　vs.<br><br>MH SYSTEMS, INC., a Maryland corporation, and MO HUSAIN, an individual.<br><br>　　　　　Counter Defendants. | |

FOR GOOD CAUSE SHOWN, the foregoing Protective Order **filed on July 7, 2010**, requested by stipulation of the parties, is hereby entered.

**IT IS SO ORDERED**.

Date: July 12, 2010

_____
Hon. Paul L. Abrams
United States Magistrate Judge