1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MH SYSTEMS, INC., a Maryland          )          CV 05-7263 DSF (PLAx)
     corporation,                          )
12                                         )          JUDGMENT
                    Plaintiff,             )
13                                         )
            v.                             )
14                                         )
     PETER MCNULTY, an individual,         )
15   NEI TREATMENT SYSTEMS, LLC,           )
     a California limited liaiblity compnay,)
16   DR. MARIO TAMBURRI, and              )
     individual, UNIVERSITY OF             )
17   MARYLAND, a public Maryland           )
     corporation, and DR. GREGORY          )
18   RUIZ, an individual,                  )
                                           )
19                  Defendants.            )
     _____       )
20

21          The claims against Dr. Ruiz were dismissed on November 30, 2005; the

22   claims against the University of Maryland were dismissed on January 17, 2006; the

23   claims against Dr. Tamburri, Mr. McNulty, and NEI Treatment Systems, LLC were

     dismissed on September 8, 2008; the Court summarily adjudicated that McNulty
24
     and NEI could not be held liable for patent infringement of a method claim under
25
     35 U.S.C. § 271(f) for exporting an apparatus on June 8, 2010; and McNulty's and
26
     NEI's counterclaims were dismissed on September 16, 2010.
27
     //
28
     //

1      IT IS NOW ORDERED AND ADJUDGED that Plaintiff and Counter-

2  claimants take nothing.

3

4      IT IS SO ORDERED.

5             9/16/10

    Dated: _____

6                                  _____

7                                      Dale S. Fischer

                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28